

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KAREN POOLE, | § | |
| Plaintiff, | § § § | |
| v. | § | 2:19-CV-23-Z-BR |
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA EQUITABLE AGRIFINANCE, LLC, and BRAD COTTRELL, Individually, | § § § § § § | |
| Defendants. | § § | |

## ORDER

On September 4, 2019, the United States Magistrate Judge entered findings and conclusions (ECF No. 32) on Defendant AXA Equitable Life Insurance Company and Defendant AXA Equitable AgriFinance, LLC's (collectively, the "Lender Defendants") Motion to Dismiss (ECF No. 7). The Magistrate Judge then entered supplemental findings and conclusions on October 8, 2019 (ECF No. 40). The Magistrate Judge recommends that the Lender Defendants' motion be DENIED without prejudice as moot. No objections to the supplemental findings, conclusions, and recommendation have been filed.

After making an independent review of the pleadings, files, and records in this case, and the October 8, 2019 supplemental findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the supplemental findings and conclusions are correct. It is therefore ordered that the supplemental findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED, and the Lender Defendants' Motion to Dismiss is DENIED without prejudice as moot. The Court remands the September 4, 2019 findings, conclusions, and recommendation (ECF No. 32) to the Magistrate Judge to be withdrawn by her.

1

**SO ORDERED.**

November 26, 2019.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE