IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KAREN POOLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-23-Z-BR |
| | § | |
| AXA EQUITABLE LIFE INSURANCE | § | |
| COMPANY, AXA EQUITABLE | § | |
| AGRIFINANCE, LLC, and BRAD | § | |
| COTTRELL, Individually, | § | |
| | § | |
| Defendants. | § | |

### ORDER WITHDRAWING THE SEPTEMBER 4, 2019 FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNDERSIGNED MAGISTRATE JUDGE

Pursuant to the District Court's remand Order dated November 26, 2019 (*see* ECF 41), the Court hereby WITHDRAWS the September 4, 2019 Findings, Conclusions, and Recommendation of the undersigned Magistrate Judge (ECF 32).

IT IS SO ORDERED.

This Order terminates docket entry no. 32 insofar as it withdraws the September 4, 2019 Findings, Conclusions, and Recommendation.

ENTERED November 27, 2019.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE