IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KAREN POOLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-23-Z-BR |
| | § | |
| AXA EQUITABLE LIFE INSURANCE | § | |
| COMPANY, AXA EQUITABLE | § | |
| AGRIFINANCE, LLC, and BRAD | § | |
| COTTRELL, Individually, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On January 9, 2020, the United States Magistrate Judge entered findings and conclusions (ECF 49) on Defendant AXA Equitable AgriFinance, LLC's ("AgriFinance") Motion to Dismiss (ECF 44). The Magistrate Judge recommends that AgriFinance's Motion to Dismiss be GRANTED. No objections to the supplemental findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED. Defendant's Motion to Dismiss (ECF 44) is GRANTED.

**SO ORDERED**.

February 14, 2020.

_____

Matthew J. Kacsmaryk
UNITED STATES DISTRICT JUDGE